UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00455-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ANNE ELIZABETH HUENNEKENS,

        Defendant,

  and

EINSTEIN BAGEL,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee EINSTEIN BAGEL. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

                                    BY THE COURT:

Dated: September 12, 2006         s/ Daniel B. Sparr
                                      SENIOR UNITED STATES DISTRICT JUDGE