# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00455-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANNE ELIZABETH HUENNEKENS,

    Defendant,

and

EINSTEIN BAGEL,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

Before the Court is the United States' Motion to Dismiss Writ of Garnishment. The Court having considered this motion and for good cause shown, IT IS HEREBY ORDERED that the Motion to Dismiss Writ of Garnishment filed on June 27, 2006 [Docket #128] is **granted**.

Dated at Denver, Colorado, this 27th day of March, 2008.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge